**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THERMOFLEX WAUKEGAN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-00788 |
| v. | ) | |
| | ) | Honorable Thomas M. Durkin |
| MITSUI SUMITOMO INSURANCE USA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Thermoflex Waukegan, LLC ("Thermoflex") appeals

to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Civil Case

(ECF 75) entered by this Court on February 13, 2023.

Dated: March 23, 2023

Respectfully submitted,

THERMOFLEX WAUKEGAN, LLC

/s/ Carrie E. Davenport
   One of its attorneys

David B. Goodman – dg@glgchicago.com
  ARDC No. 6201242
Carrie E. Davenport – cd@glgchicago.com
  ARDC No. 6289322
Kalli K. Nies – kn@glgchicago.com
  ARDC No. 6318089
Goodman Law Group | Chicago
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
Tel: (312) 626-1888

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ Carrie E. Davenport